David R. Shane, Esq. [SBN: 109890]
Robert J. Taitz, Esq. [SBN: 168334]
SHANE & TAITZ
1000 Drakes Landing Road, Suite 200
Greenbrae, California 94904-3027
Telephone: 415/464-2020
Facsimile: 415/464-2024

Attorneys for Plaintiff
Federal Express Corporation

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO OFFICE

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TANGENT COMPUTER, INC., a California corporation, <br><br> Defendant. | Case No.: <br> C-04-01218 EMC ARB <br><br> [Assigned for All Purposes to the Honorable Edward M. Chen] <br><br> **STIPULATION TO CONTINUE MEET-AND-CONFER CONFERENCE REGARDING INVOICES AND ORDER THEREON** |

IT IS HEREBY STIPULATED between Federal Express Corporation and Tangent Computer, Inc., by and through their respective counsel herein, that the Meet-and-Confer Conference regarding the Invoices shall be continued from June 15, 2005. to Wednesday, June 29, 2005 at 10:00 a.m. in Department 3 of the above-entitled Court; and, that the representatives of the parties hereto, Federal Express Corporation and

```
 1  Tangent Computer, Inc., are to be present and attend the Meet-and-
 2  Confer Conference.
 3          It is hereby stipulated:
 4          DATED: June ___, 2005
 5                                  LAW OFFICES
                                    OF STUART KAUFMAN
 6
 7                                  By:_____
                                        Stuart Kaufman
 8                                      Attorneys for Defendant
                                        Tangent Computer, Inc.
 9
10          It is hereby stipulated:
            DATED:    June _10_, 2005
11
12                                  SHANE & TAITZ
13                                  By: _____
                                        David R. Shane
14                                      Attorneys for Plaintiff
                                        Federal Express
15                                      Corporation
16
```

## Order

PURSUANT TO THE ABOVE STIPULATION, the Meet-and-Confer Conference regarding the Invoices shall be, and hereby is, continued from June 15th, 2005, to Wednesday, June 29, 2005, at 10:00 a.m. in Department 3 of this Court, with the representatives of the parties hereto, Federal Express Corporation and Tangent Computer, Inc. to be present at, and attend, said Meet-and-Conference.

DATED: _____, 2005

_____
Edward M. Chen
United States Magistrate Judge

Tangent Computer, Inc., are to be present and attend the Meet-and-Confer Conference.

It is hereby stipulated:

DATED: June 16, 2005

        LAW OFFICES
        OF STUART KAUFMAN

        By: *[signature]*
        Stuart Kaufman
        Attorneys for Defendant
        Tangent Computer, Inc.

It is hereby stipulated:

DATED: June ___, 2005

        SHANE & TAITZ

        By: _____
        David R. Shane
        Attorneys for Plaintiff
        Federal Express
        Corporation

## Order

PURSUANT TO THE ABOVE STIPULATION, the Meet-and-Confer Conference regarding the Invoices shall be, and hereby is, continued from June 15th, 2005, to Wednesday, June 29, 2005, at 10:00 a.m. in Department C of this Court, with the representatives of the parties hereto, Federal Express Corporation and Tangent Computer, Inc. to be present at, and attend, said Meet-and-Conference.

DATED: June 16, 2005

        *[signature]*
        _____
        Edward M. Chen
        United States Magistrate Judge

# PROOF OF SERVICE BY MAIL

### *Federal Express vs. Tangent Computer, et al.*

I declare that I am employed in the County of Marin, State of California. I am over eighteen years and not a party to the within cause; my business address is Shane & Taitz, 1000 Drakes Landing Road, Suite 200, 2nd Floor, Greenbrae, California 94904-3027.

On June 16, 2005, I served upon the interested parties hereto the within document(s), described as:

### Stipulation To Continue
### Meet-and-Confer Conference Re:
### Invoices and Order Thereon

by enclosing said document(s) in sealed envelopes at Greenbrae, California. I am readily familiar with the firm's practice of collection and processing of items for mailing. Under that practice, each item is deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Greenbrae, California, during the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation/meter date is more than one day after date of deposit for mailing in affidavit. The item(s) mailed are addressed, as follows:

> Stuart Kaufman, Esq.
> LAW OFFICES OF STUART KAUFMAN
> 201 Filbert Street, Suite 401
> San Francisco, California 94133
> Telephone: 415/677-9222
> Facsimile: 415/401-6394

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

This declaration was executed on June 16, 2005, at Greenbrae, California.

_____
MOLLY B. LIBBEY

Proof of Service by Mail