UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>TANGENT COMPUTER, INC.,<br><br>        Defendant.<br>_____/ | No. C-04-1218 EMC<br><br>**ORDER RE FILINGS** |

    The Court received papers lodged *ex parte* from Tangent's counsel. The Court does not accept *ex parte* filings and hereby returns them via U.S. Mail to Tangent. Tangent is ordered to file and serve upon opposing counsel the declaration ordered by this Court's order of July 18.

    IT IS SO ORDERED.

Dated: August 25, 2005

                                                      EDWARD M. CHEN<br>
                                                    United States Magistrate Judge