1  David R. Shane, Esq. [SBN: 109890]
   SHANE & TAITZ
2  1000 Drakes Landing Road, Suite 200
   Greenbrae, California 94904-3027
3  Telephone: 415/464-2020
   Facsimile: 415/464-2024
4
   Attorney for Plaintiff
5  FEDERAL EXPRESS CORPORATION

6

7

8

9                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO OFFICE
11

12

13 | FEDERAL EXPRESS CORPORATION,      ⟩   Case No. C 04-1218 EMC ARB
   | a Delaware corporation,           ⟩
14 |                                   ⟩
   |            Plaintiff,             ⟩
15 |                                   ⟩   **Stipulation To**
   |      vs.                          ⟩   **Dismiss Action**
16 |                                   ⟩   **and Order Thereon**
   | TANGENT COMPUTER, INC., a         ⟩
17 | California corporation,           ⟩
   |                                   ⟩
18 |            Defendant.             ⟩
   | _____   ⟩
19

20

21

22       WHEREAS the parties have finally and irrevocably settled the

23  dispute between them;

24       NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to the

25  approval of this Court, by the parties hereto, through their counsel,

26  that the above-entitled action be dismissed in its entirety with

27  prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

28  ‖   ‖   ‖   ‖   ‖

----------------------------------------------------------------------
**Stipulation To Dismiss Action and Order Thereon**                Page 1

```
1        DATED: September 29, 2005
2                                       LAW OFFICES OF
                                        STUART KAUFMAN
3
4
                                        By: /s/ Stuart Kaufman
5                                           Stuart Kaufman
                                            Attorney for
6                                           Defendant Tangent
                                            Computer, Inc.
7
8        DATED: October 4, 2005
9                                       SHANE & TAITZ
10
11                                      By: /s/ David R. Shane
                                            David R. Shane
12                                          Attorneys for
                                            Plaintiff Federal
13                                          Express Corporation
```

---

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action and all claims asserted herein be, and the same is, dismissed with prejudice, and that all scheduled dates established by pre-trial order are hereby vacated.

DATED: __October 20__, 2005

_____
Edward M. Chen
United States Magistrate Judge

*Judge Edward M. Chen*

---

**Stipulation To Dismiss Action and Order Thereon**                                    Page 2